# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154945(105)

*In re* HEARD/BRUCE, Minors.

SC: 154945
COA: 331676
Wayne CC Family Division:
13-511403-NA

_____/

On order of the Court, the motion for reconsideration of this Court's January 13, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2017



Clerk

s0124